IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON SINDELIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-1567-D |
| | § | |
| KEVIN VERNON, JR., et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff Brandon Sindelir's ("Sindelir's") actions against defendant John Deleon ("Chief Deleon") in his individual and official capacities are dismissed with prejudice.

Chief Deleon's taxable costs of court, as calculated by the clerk of court, are assessed against Sindelir.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas June 28, 2023.

SIDNEY A. FITZWATER
SENIOR JUDGE